Dismissed and Opinion filed June 20, 2002









Dismissed and Opinion filed June 20, 2002.

 

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-02-00084-CV

____________

 

RON CARTER FORD, INC., Appellant

 

V.

 

EDWARDO RAMIREZ AND DIANA RAMIREZ, Appellees

 



 

On
Appeal from the 149th District Court

Brazoria
County, Texas

Trial
Court Cause No. 4156*RM98

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed October 26, 2001.  

On June 12, 2002, appellant filed a
motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered
dismissed.  

 

PER CURIAM

Judgment rendered and Opinion filed June 12, 2002.

Panel consists of Justices Hudson, Fowler, and
Edelman.

Do Not Publish C Tex. R. App. P. 47.3(b).